IN RE: FRANKLIN

CASE NO. 09-12163

Debtor Reimbursement

**BANK OF AMERICA, N.A.**

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX 0

CHECK NUMBER

**1002**

| DATE | AMOUNT |
|---|---|
| 11/15/10 | *******1,678.16 |

**1827363**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-12163   A | Debtor: FRANKLIN, JOANETTE P. |

United States Bankruptcy Court
c/o Clerk of Court
500 Poydras Street, B-601
New Orleans, LA 70130

*One Thousand Six Hundred Seventy Eight Dollars And 16/100*

Barbara Rivera-Fulton

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆001002⑆ ⑈111000012⑈ 443761862 1⑆

11/16/10
DEPOSIT TO TREASURY
UNCLAIMED.
DUE: DEBTOR

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227883    - KW
* * C O P Y * *
November 16, 2010
      14:57:06

TREASURY REGFUND
     09-12163
Debtor.: JOANETTE P. FRANKLIN
Trustee: Barbara Rivera-Fulton
   341: 08/28/2009  @ 01:00pm
Amount.:            $1,678.16 CH
Check#.: 1002

Total ->    $1,678.16
```

FROM: RIVERA-FULTON

# Barbara Rivera-Fulton
Chapter 7 Trustee
(504) 861-9200

P.O. Box 19980
New Orleans, Louisiana  70179

November 15, 2010

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA  70130

RE:   FRANKLIN, JOANETTE P., USBC No. 09-12163 A

Dear Clerk:

Enclosed please find a check payable to the U. S. Bankruptcy Court for $1,678.16 drawn on the account for the above bankruptcy estate which represents the debtor's reimbursement of funds issued to Joanette Franklin. Debtor has apparently moved and left no forwarding address.

Accordingly, I ask that you please deposit the funds in the registry of the court as per 11 U.S.C. §347(a).

Very truly yours,

*Barbara Rivera-Fulton*

**Barbara Rivera-Fulton**
**Chapter 7 Trustee**

enclosure